o

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KATHLEEN MULLEN,<br><br>    Plaintiff,<br>vs.<br><br>MACY'S INC., and DEPARTMENT STORES NATIIONAL BANK, a corporation,<br><br>    Defendants. | Case No.: 4:16-cv-01641-SNLJ |

## ORDER

The Court, having considered the parties' Stipulation of Dismissal with prejudice,

**IT IS ORDERED** that all of plaintiff's claims against Defendant Macy's, Inc and Department Stores National Bank are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 5th day of January, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE